IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE PRESS APPLICATION FOR ACCESS TO JUDICIAL RECORDS IN CASE NO. 23-SC-31, IN THE MATTER OF THE SEARCH OF INFORMATION THAT IS STORED AT PREMISES CONTROLLED BY TWITTER, INC. | Case No. 1:23-mc-00084-JEB |

**NOTICE OF APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for X Corp., successor in interest to Twitter, Inc.

Dated: September 5, 2023

Respectfully submitted,

/s/ Ari Holtzblatt
Ari Holtzblatt, DC Bar #1009913
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Ave. NW
Washington, DC 20037
Ari.Holtzblatt@wilmerhale.com
Tel:  (202) 663-6000
Fax:  (202) 663-6363

*Counsel for X Corp., successor in interest to Twitter, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of September 2023, I caused the foregoing notice to be electronically filed using the Court's CM/ECF system. I also certify that I caused the foregoing notice to be served by email upon:

James I. Pearce
Assistant Special Counsel
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
(202) 840-7000

/s/ Ari Holtzblatt
Ari Holtzblatt
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Ave. NW
Washington, DC 20037
Ari.Holtzblatt@wilmerhale.com
Tel: (202) 663-6000
Fax: (202) 663-6363

*Counsel for X Corp., successor in interest to Twitter, Inc.*