**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| IN RE PRESS APPLICATION FOR ACCESS TO JUDICIAL RECORDS IN CASE NO. 23-SC-31, IN THE MATTER OF THE SEARCH OF INFORMATION THAT IS STORED AT PREMISES CONTROLLED BY TWITTER, INC. | Case No. 1:23-mc-00084-JEB |

### <u>NOTICE OF APPEARANCE OF COUNSEL</u>

To:     The clerk of court and all parties of record

    I am authorized to practice in this court, and I appear in this case as counsel for X Corp., successor in interest to Twitter, Inc.


Dated: September 5, 2023

<div style="margin-left:40%">

Respectfully submitted,

/s/ Whitney Russell
Whitney Russell, DC Bar #987238
WILMER CUTLER PICKERING
    HALE AND DORR LLP
2100 Pennsylvania Ave. NW
Washington, DC 20037
Whitney.Russell@wilmerhale.com
Tel:  (202) 663-6000
Fax:  (202) 663-6363

*Counsel for X Corp., successor in interest to Twitter, Inc.*

</div>

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of September 2023, I caused the foregoing notice to be electronically filed using the Court's CM/ECF system.  I also certify that I caused the foregoing notice to be served by email upon:

James I. Pearce
Assistant Special Counsel
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
(202) 840-7000

/s/ Whitney Russell
Whitney Russell
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2100 Pennsylvania Ave. NW
Washington, DC 20037
Whitney.Russell@wilmerhale.com
Tel:  (202) 663-6000
Fax:  (202) 663-6363

*Counsel for X Corp., successor in interest to Twitter, Inc.*