**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE PRESS APPLICATION FOR ACCESS TO JUDICIAL RECORDS IN CASE NO. 23-SC-31, IN THE MATTER OF THE SEARCH OF INFORMATION THAT IS STORED AT PREMISES CONTROLLED BY TWITTER, INC. | Case No. 1:23-mc-00084-JEB |

**CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE REQUIRED BY FEDERAL RULE 7.1 AND LCvR 26.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for X Corp., successor in interest to Twitter, Inc., certify that to the best of my knowledge and belief, X Corp. is a privately held company, its parent corporation is X Holdings Corp., and no publicly held corporation owns at least 10% of the stock of X Corp. or X Holdings Corp.

1

Dated: September 5, 2023

Respectfully submitted,

s/ Ari Holtzblatt
Ari Holtzblatt, D.C. Bar 1009913
Seth Waxman, D.C. Bar 257337
Benjamin Powell, D.C. Bar 464823
Whitney Russell, D.C. Bar 987238
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Ave. NW
Washington, DC 20037
Ari.Holtzblatt@wilmerhale.com
Seth.Waxman@wilmerhale.com
Benjamin.Powell@wilmerhale.com
Whitney.Russell@wilmerhale.com
Tel: (202) 663-6000
Fax: (202) 663-6363

*Counsel for X Corp., successor in interest to Twitter, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of September 2023, I caused the foregoing to be electronically filed using the Court's CM/ECF system. I also certify that I caused the foregoing to be served by email upon:

James I. Pearce
Assistant Special Counsel
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
(202) 840-7000

                                                s/ Ari Holtzblatt
Ari Holtzblatt, D.C. Bar 1009913
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2100 Pennsylvania Ave. NW
Washington, DC 20037
Ari.Holtzblatt@wilmerhale.com
Tel: (202) 663-6000
Fax: (202) 663-6363