UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE PRESS APPLICATION FOR ACCESS TO JUDICIAL RECORDS IN CASE NO. 23-SC-31, IN THE MATTER OF THE SEARCH OF INFORMATION THAT IS STORED AT PREMISES CONTROLLED BY TWITTER, INC. | Miscellaneous Case No. 23-84 (JEB) |

## NOTICE OF APPEARANCE

Please take notice that Leslie Cooper Vigen hereby enters her appearance as counsel of record for the United States of America. Undersigned counsel hereby certifies that she is personally familiar with the Local Rules of this Court.

Dated: September 6, 2023

Respectfully submitted,

*/s/ Leslie Cooper Vigen*
LESLIE COOPER VIGEN
Senior Trial Counsel (DC Bar No. 1019782)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-0727
Fax: (202) 616-8470
Email: leslie.vigen@usdoj.gov

*Counsel for the United States*