UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE PRESS APPLICATION FOR ACCESS TO JUDICIAL RECORDS IN CASE NO. 23-SC-31, IN THE MATTER OF THE SEARCH OF INFORMATION THAT IS STORED AT PREMISES CONTROLLED BY TWITTER, INC. | Miscellaneous Case No. 23-84 (JEB) |

## UNITED STATES' NOTICE OF RECEIPT OF MISCELLANEOUS FILING AND PROPOSED SCHEDULE

The United States, by and through its attorneys, hereby notifies the Court that it has received the Press Coalition's above-captioned application and proposes to file a response to its application for access to records in Case No. 23-sc-31 (D.D.C.), ECF No. 1, and Twitter's memorandum partially supporting the application for access, ECF No. 8, on or before October 6, 2023, unless the Court orders otherwise.

Although the government was aware of the Press Coalition's application, the service copy that the government received reflected only the sealed docket number. Counsel understood that the application had not been docketed in that sealed case. Following receipt of Twitter's memorandum, undersigned counsel learned that the Press Coalition's application had been docketed as a separate miscellaneous matter, rather than as an item in the sealed docket number referenced in the case caption.

To respond to the application, which seeks "(1) all warrant application materials, including the Government's affidavit establishing probable cause for the search warrant (the 'Affidavit'); (2) all sealing-related motions and orders; (3) the docket listing all filings in the matter; and (4) all other judicial records, including any audio recordings of any hearings, as to which there is no longer a compelling need for secrecy," ECF No. 1 at 1–2, government counsel

must review the requested documents in detail, which will take some time. In addition, undersigned counsel has to prepare for a hearing on September 19, 2023, in the matter of *In re Application of PennLive, York Daily Record, and York Dispatch to Unseal Court Records*, No. 22-mc-756 (M.D. Pa.). Undersigned counsel also anticipates responding to a separate media application for access filed recently in this Court, *In re Press Application to Unseal In re Grand Jury Subpoena, GJ 42-67*, No. 23-mc-86 (D.D.C.) (filed Aug. 29, 2023). Due to the need to perform careful review of the documents requested in this matter, along with the press of other business, the government proposes to file its response to this application on or before October 6, 2023.

Dated: September 6, 2023

                    Respectfully submitted,

                    BRIAN M. BOYNTON
                    Principal Deputy Assistant Attorney General
                    Civil Division

                    ELIZABETH J. SHAPIRO
                    Deputy Director
                    Civil Division, Federal Programs Branch

                    */s/ Leslie Cooper Vigen*
                    LESLIE COOPER VIGEN
                    Senior Trial Counsel (DC Bar No. 1019782)
                    United States Department of Justice
                    Civil Division, Federal Programs Branch
                    1100 L Street, NW
                    Washington, DC 20005
                    Tel: (202) 305-0727
                    Fax: (202) 616-8470
                    Email: leslie.vigen@usdoj.gov

                    *Counsel for the United States*