UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE PRESS APPLICATION FOR ACCESS TO JUDICIAL RECORDS IN CASE NO. 23-SC-31, IN THE MATTER OF THE SEARCH OF INFORMATION THAT IS STORED AT PREMISES CONTROLLED BY TWITTER, INC. | Miscellaneous Case No. 23-84 (JEB) |

## UNITED STATES' REPLY RE: NOTICE OF RECEIPT

The United States files this brief reply in order to deescalate the tone of these proceedings and to clarify the source of confusion.

1. The Press Coalition filed an application under Local Criminal Rule 57.6. It assumes, however, that Local Civil Rule 7 governs these proceedings. That is not the experience of the government in responding to applications to unseal grand jury dockets. Rather, the Court sets its own deadline for a response, taking into account the request at issue and the review necessary to respond. In this matter, because counsel received an application captioned only with the sealed criminal case, it was awaiting notice that the application had been docketed to the sealed case (a caption embedded in a later email did not provide such notice). That does not mean, however, that counsel did not immediately begin work on obtaining the docket sheet (which is not readily available even to prosecutors) in the sealed case and reviewing the underlying materials. It is for that reason that the government was in a position to propose a date by which it could complete its review and file a response. It is an easy matter to request disclosure of an entire docket; it is less simple to respond. A response requires careful review and coordination to ensure that no information is disclosed that would harm the ongoing criminal investigation.

2. Government counsel intend to reach out to counsel for the Coalition -- with whom unsigned counsel have a long and constructive working relationship -- to discuss this matter and avoid further exchanges of this nature.

Dated: September 8, 2023

>Respectfully submitted,
>
>BRIAN M. BOYNTON
>Principal Deputy Assistant Attorney General
>Civil Division
>
>*/s/ Elizabeth J. Shapiro*
>ELIZABETH J. SHAPIRO
>LESLIE COOPER VIGEN
>Senior Trial Counsel (DC Bar No. 1019782)
>United States Department of Justice
>Civil Division, Federal Programs Branch
>1100 L Street, NW
>Washington, DC 20005
>Tel: (202) 514-5302
>Fax: (202) 616-8470
>Email: elizabeth.shapiro@usdoj.gov
>
>*Counsel for the United States*