UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE PRESS APPLICATION FOR ACCESS TO JUDICIAL RECORDS IN CASE NO. 23-SC-31, IN THE MATTER OF THE SEARCH OF INFORMATION THAT IS STORED AT PREMISES CONTROLLED BY TWITTER, INC. | Miscellaneous Case No. 23-84 (JEB) |

## JOINT STATUS REPORT

In accordance with the Court's minute order of September 8, 2023, the parties have conferred and agree upon the following schedule for briefing the above-captioned Application[1]:

September 27, 2023:  United States to file its response.

October 6, 2023:  Press Coalition to file its reply, and X Corp. to file a motion, if any, for leave to file a reply to the response of the United States.

Counsel have conferred with counsel for X Corp. (Twitter), who likewise agrees to this schedule.

Dated:  September 11, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

*/s/ Elizabeth J. Shapiro*
ELIZABETH J. SHAPIRO
LESLIE COOPER VIGEN
United States Department of Justice
Civil Division, Federal Programs Branch

---

[1] The Application at issue arose from sealed proceedings under the Stored Communications Act, not as a grand jury matter, as implied in the government's response at ecf #13.

1100 L Street, NW
Washington, DC 20005
Tel:  (202) 514-5302
Fax:  (202) 616-8470
Email:  elizabeth.shapiro@usdoj.gov

*Counsel for the United States*