UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE PRESS APPLICATION FOR ACCESS TO JUDICIAL RECORDS IN CASE NO. 23-SC-31, IN THE MATTER OF THE SEARCH OF INFORMATION THAT IS STORED AT PREMISES CONTROLLED BY TWITTER, INC. | Miscellaneous Case No. 23-84 (JEB) |

**[PROPOSED] ORDER**

Upon consideration of the Press Application for Access to Judicial Records, it is hereby **ORDERED** that, in the case *In the Matter of the Search of Information that Is Stored at Premises Controlled by Twitter, Inc.*, Case No. 23-sc-31:

1. The following documents shall remain entirely under seal:

    a. the search warrant application, ECF No. 1;

    b. the application for a nondisclosure order pursuant to 18 U.S.C. § 2705(b), ECF No. 2;

    c. the issued search warrant, ECF No. 4; and

    d. the government's *ex parte* opposition to Twitter's motion to vacate or modify, along with the accompanying exhibits.

2. The redactions currently applied to the documents unsealed in ECF No. 50-1 shall remain in place. Accordingly, the following documents, which are unredacted versions of the documents unsealed in ECF No. 50-1, shall remain entirely under seal:

    a. the government's memorandum in opposition to Twitter's motion for stay pending appeal, ECF No. 36;

    b. the unredacted memorandum opinion denying Twitter's motion to vacate or modify non-disclosure order, ECF No. 30;

    c. Exhibit A to the government's memorandum in opposition to Twitter's motion to vacate or modify non-disclosure order, ECF No. 21-1;

    d. Twitter's notice regarding applicability of sanctions, ECF No. 18;

    e. Twitter's memorandum in opposition to the government's motion for an order to show cause, ECF No. 9, and Exhibit A to that motion, ECF No. 9-1;

    f. the unredacted versions of the February 9, 2023 and February 7, 2023 hearing transcripts.

3. The docket sheet shall be unsealed.

4. All entries on the docket sheet not specifically ordered to remain under seal herein shall be unsealed.

**SO ORDERED.**

Dated:

 

                                                  HON. JAMES E. BOASBERG
                                                  CHIEF U.S. DISTRICT JUDGE