**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **IN RE PRESS APPLICATION FOR ACCESS TO JUDICIAL RECORDS IN CASE NO. 23-SC-31, IN THE MATTER OF THE SEARCH OF INFORMATION THAT IS STORED AT PREMISES CONTROLLED BY TWITTER, INC.** | Case No. 1:23-mc-00084-JEB |

## ORDER

Having considered the unopposed motion of X Corp., as successor in interest to Twitter, Inc., for leave to file a reply to the United States' Response to the Press Application For Access to Judicial Records in Case No. 23-SC-31, *In the Matter of the Search of Information That is Stored at Premises Controlled by Twitter, Inc.*,

IT IS HEREBY ORDERED that the motion is GRANTED.

SO ORDERED this _____ day of _____, 2023.


_____
Chief Judge James E. Boasberg
United States District Court for the District of Columbia