UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE PRESS APPLICATION FOR ACCESS TO JUDICIAL RECORDS IN CASE NO. 23-SC-31, IN THE MATTER OF THE SEARCH OF INFORMATION THAT IS STORED AT PREMISES CONTROLLED BY TWITTER, INC. | Misc. No. 23-84 (JEB) |

### ORDER

The Press's Application is now fully briefed. Because the parties agree that much of the docket in 23-sc-31 may be unsealed, and as the Court would be aided in its determination of the rest of the Application by additional information, it ORDERS that:

1. The Press's [1] Application is GRANTED IN PART as to those parts of the docket on which the parties agree;

2. The following disputed materials in docket 23-sc-31 shall remain sealed for the time being:

    a. The search warrant application, ECF No. 1;

    b. The application for a nondisclosure order pursuant to 18 U.S.C. § 2705(b), ECF No. 2;

    c. The issued search warrant, ECF No. 4;

    d. The Government's *ex parte* Opposition to Twitter's motion to vacate or modify, along with the accompanying exhibits, ECF No. 22;

3. The redactions currently applied to the documents unsealed in ECF No. 50-1 shall remain in place. Accordingly, the following documents, which are unredacted versions of the documents unsealed in ECF No. 50-1, shall remain entirely under seal:

1

    a. The Government's memorandum in opposition to Twitter's motion for stay pending appeal, ECF No. 36;

    b. The memorandum opinion denying Twitter's motion to vacate or modify non-disclosure order, ECF No. 30;

    c. Exhibit A to the Government's memorandum in opposition to Twitter's motion to vacate or modify non-disclosure order, ECF No. 21-1;

    d. Twitter's notice regarding applicability of sanctions, ECF No. 18;

    e. Twitter's memorandum in opposition to the government's motion for an order to show cause, ECF No. 9, and Exhibit A to that motion, ECF No. 9-1; and

    f. The unredacted versions of the February 9, 2023, and February 7, 2023, hearing transcripts;

4. The Clerk is directed to unseal the following materials in docket 23-sc-31:

    a. The docket sheet;

    b. All entries on the docket sheet not specifically ordered to remain under seal herein; and

5. By October 30, 2023, the Government shall submit *ex parte* copies of the disputed documents (ECF Nos. 1, 2, 4, 22, and accompanying exhibits), highlighting in red-box format those portions of the documents it agrees are already publicly available, but nevertheless argues should remain under seal.

                                                   /s/ James E. Boasberg  
                                                   JAMES E. BOASBERG  
                                                   Chief Judge

Date: October 16, 2023