UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE PRESS APPLICATION FOR ACCESS TO JUDICIAL RECORDS IN CASE NO. 23-SC-31, IN THE MATTER OF THE SEARCH OF INFORMATION THAT IS STORED AT PREMISES CONTROLLED BY TWITTER, INC. | Misc. No. 23-84 (JEB) |

## ORDER

On November 16, 2023, the Court held an *ex parte* hearing with the Government to discuss the potential release of additional sealed material. After such discussions, the Court ORDERS that:

1. The following documents in 23-sc-31 shall be released:

    a. The redboxed portion of the search warrant application, ECF No. 1, excluding the affidavit supporting the application;

    b. The application for a nondisclosure order pursuant to 18 U.S.C. § 2705(b), ECF No. 2, with redactions to be proposed by the Government;

    c. The redboxed portion of the search warrant application, ECF No. 4, excluding the affidavit supporting the application;

    d. The Government's *ex parte* Opposition to Twitter's motion to vacate or modify, ECF No. 22, to the extent it mirrors the public version of that Opposition, ECF No. 21;

    e. The redboxed portion of Exhibit A to the Government's *ex parte* Opposition, ECF No. 22-1;

    f. The redboxed portion of Exhibit C to the Government's *ex parte* Opposition, ECF

No. 22-3; and

    g. Exhibit D to the Government's *ex parte* Opposition to Twitter's motion to vacate or modify, ECF No. 22-4;

2. As to 1.b above, the Government shall submit any proposed redactions by November 22, 2023;

3. The Government shall release all above materials by November 27, 2023; and

4. The Court will issue an Opinion concerning the remainder of the materials by December 1, 2023.

/s/ James E. Boasberg
JAMES E. BOASBERG
Chief Judge

Date: November 17, 2023