UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE PRESS APPLICATION FOR ACCESS TO JUDICIAL RECORDS IN CASE NO. 23-SC-31, IN THE MATTER OF THE SEARCH OF INFORMATION THAT IS STORED AT PREMISES CONTROLLED BY TWITTER, INC. | Miscellaneous Case No. 23-84 (JEB) |

## UNITED STATES' NOTICE OF FILING

Pursuant to the Court's Order of November 17, 2023, ECF No. 21, the United States hereby notifies the Court of the filing of the following documents from Case No. 23-sc-31:

a. A redacted version of the search warrant application, ECF No. 1, excluding the affidavit supporting the application;[1]

b. A redacted version of the application for a nondisclosure order pursuant to 18 U.S.C. § 2705(b), ECF No. 2;

c. A redacted version of the search warrant as issued, ECF No. 4, excluding the affidavit supporting the application;

d. A redacted version of the Government's *ex parte* opposition to Twitter's motion to vacate or modify, ECF No. 22, redacted to mirror the public version of the opposition, ECF No. 21;

e. A redacted version of Exhibit A to the Government's *ex parte* opposition, ECF No. 22-1;

f. A redacted version of Exhibit C to the Government's *ex parte* opposition, ECF No. 22-3; and

g. Exhibit D to the Government's *ex parte* opposition, ECF No. 22-4.

---

[1] The redactions to the documents listed herein are those described by the Court in the November 17, 2023 Order.

1

Dated:  November 27, 2023

        Respectfully submitted,

        BRIAN M. BOYNTON
        Principal Deputy Assistant Attorney General
        Civil Division

        ELIZABETH J. SHAPIRO
        Deputy Director
        Civil Division, Federal Programs Branch

        */s/ Leslie Cooper Vigen*
        LESLIE COOPER VIGEN
        Senior Trial Counsel (DC Bar No. 1019782)
        United States Department of Justice
        Civil Division, Federal Programs Branch
        1100 L Street, NW
        Washington, DC 20005
        Tel:  (202) 305-0727
        Fax:  (202) 616-8470
        Email:  leslie.vigen@usdoj.gov

        *Counsel for the United States*