AO 93C  (08/18)  Warrant by Telephone or Other Reliable Electronic Means

☑ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched*<br>*or identify the person by name and address)*<br>INFORMATION THAT IS STORED AT<br>PREMISES CONTROLLED BY TWITTER INC.<br>IDENTIFIED IN ATTACHMENT A | )<br>)<br>)<br>)<br>)    Case No.  23-SC-31 |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located within the jurisdiction of the District of Columbia.
*(identify the person or describe the property to be searched and give its location)*:

See Attachment  A (incorporated by reference).

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment  B (incorporated by reference).

**YOU ARE COMMANDED** to execute this warrant on or before        January 31, 2023        *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.     ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to        Chief Judge Beryl A. Howell        .
                                                                                                                *(United States Chief Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
     ☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of        _____        .

Date and time issued:        1/17/2023    at 1:31 PM                    *Beryl A. Howell*
                                                                                                        *Chief Judge's signature*

City and state:        Washington, D.C.                                    Chief Judge Beryl A. Howell
                                                                                                        United States Chief Judge

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br><br>23-SC-31 | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

**Certification**

      I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date: _____

 

_____
*Executing officer's signature*

_____
*Printed name and title*

## ATTACHMENT A
### Property to Be Searched

This warrant applies to information associated with the Twitter account "@realDonaldTrump" ("**SUBJECT ACCOUNT**") that is stored at premises owned, maintained, controlled, or operated by Twitter Inc. ("Twitter"), a company headquartered at 1355 Market Street, Suite 900, San Francisco, California.

**ATTACHMENT B**
**Particular Things to be Seized**

**I.      Information to be disclosed by Twitter Inc. ("Twitter" or the "provider")**

To the extent that the information described in Attachment A is within the possession, custody, or control of Twitter, regardless of whether such information is located within or outside of the United States, and including any emails, records, files, logs, or information that has been deleted but is still available to Twitter, or has been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Twitter is required to disclose the following information to the Government for each account or identifier listed in Attachment A:

1.      All business records and subscriber information, in any form kept, pertaining to the **SUBJECT ACCOUNT**, including:

a.      Identity and contact information (past and current), including full name, e-mail address, physical address, date of birth, phone number, gender, and other personal identifiers,

b.      All usernames (past and current) and the date and time each username was active, all associated accounts (including those linked by machine cookie, IP address, email address, or any other account or device identifier), and all records or other information about connections with third-party websites and mobile apps (whether active, expired, or removed),

c.      Length of service (including start date), types of services utilized, purchases, and means and sources of payment (including any credit card or bank account number) and billing records,

d.      Devices used to login to or access the account, including all device identifiers, attributes, user agent strings, and information about networks and connections, cookies, operating systems, and apps and web browsers,

       e.      All advertising information, including advertising IDs, ad activity, and ad topic preferences,

       f.      Internet Protocol ("IP") addresses used to create, login, and use the account, including associated dates, times, and port numbers, from October 2020 to January 2021,

       g.      Privacy and account settings, including change history, and

       h.      Communications between Twitter and any person regarding the account, including contacts with support services and records of actions taken,

2.      All content, records, and other information relating to communications sent from or received by the **SUBJECT ACCOUNT** from October 2020 to January 2021 including but not limited to:

       a.      The content of all tweets created, drafted, favorited/liked, or retweeted by the **SUBJECT ACCOUNT** (including all such deleted tweets), and all associated multimedia, metadata, and logs,

       b.      The content of all direct messages sent from, received by, stored in draft form in, or otherwise associated with the **SUBJECT ACCOUNT**, including all attachments, multimedia, header information, metadata, and logs,

3.      All other content, records, and other information relating to all other interactions between the **SUBJECT ACCOUNT** and other Twitter users from October 2020 to January 2021, including but not limited to:

       a.      All users the **SUBJECT ACCOUNT** has followed, unfollowed, muted, unmuted, blocked, or unblocked, and all users who have followed, unfollowed, muted, unmuted, blocked, or unblocked the **SUBJECT ACCOUNT**,

        b.     All information from the "Connect" or "Notifications" tab for the account, including all lists of Twitter users who have favorited or retweeted tweets posted by the account, as well as all tweets that include the username associated with the account (i.e., "mentions" or "replies"),

        c.     All contacts and related sync information, and

        d.     All associated logs and metadata,

4.     All other content, records, and other information relating to the use of the **SUBJECT ACCOUNT**, including but not limited to:

        a.     All data and information associated with the profile page, including photographs, "bios," and profile backgrounds and themes,

        b.     All multimedia uploaded to, or otherwise associated with, the **SUBJECT ACCOUNT**,

        c.     All records of searches performed by the **SUBJECT ACCOUNT** from October 2020 to January 2021,

        d.     All location information, including all location data collected by any plugins, widgets, or the "tweet With Location" service, from October 2020 to January 2021, and

        e.     All information about the **SUBJECT ACCOUNT**'s use of Twitter's link service, including all longer website links that were shortened by the service, all resulting shortened links, and all information about the number of times that a link posted by the **SUBJECT ACCOUNT** was clicked.

5.     Twitter is ordered to disclose the above information to the government within 10 days of issuance of this warrant to:



- 3 -